Robert N. Phillips (SBN 120970)
Yuka Sugar (SBN 209997)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone:    (415) 848-4900
Facsimile:    (415) 848-4999

Attorneys for Plaintiff
INTEL CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**JCS**

**CV 08          4608**

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>GAAH Inc., a California corporation,<br><br>        Defendant. | Case No.<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, DILUTION, UNFAIR COMPETITION, DAMAGES AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Intel Corporation ("Intel") alleges as follows:

1.     This action arises from unauthorized use of the trade name and service mark AUTOINTEL, and domain name www.autointel.com, by defendant GAAH Inc., a California corporation, doing business as AutoIntel ("AutoIntel").

2.     By using a trade name and service mark that wholly incorporates and emphasizes the world famous INTEL® trademark, AutoIntel is causing and/or is likely to cause confusion leading consumers to believe that there is an association between Intel and AutoIntel, or that AutoIntel is sponsored or affiliated with, or licensed by Intel. In addition, AutoIntel's acts are causing, and/or likely to cause, dilution of the INTEL® trademark. Consequently, Intel seeks injunctive relief and damages under the federal Lanham Act (15 U.S.C. §§ 1051, *et seq.*), the California Business and

DM_US:21513735_3

1   Professions Code, and the common law doctrines of passing off and unfair competition and

2   cancellation of AutoIntel's United States federal trademark registration under the Lanham Act (15

3   U.S.C. § 1119).

## I.   JURISDICTION

5        3.      This Court has personal jurisdiction over AutoIntel because, on information and belief,

6   it conducts or has conducted business in the State of California and within this judicial district.

7        4.      This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C.

8   §§ 1331, 1338 and 1367.  Intel's claims are, in part, based on violations of the Lanham Act, as

9   amended, 15 U.S.C. §§ 1051, *et seq.*  The Court has jurisdiction over the state law claims pursuant to

10  28 U.S.C. §§ 1332, 1338(b), and 1367.

## II.   INTRADISTRICT ASSIGNMENT

12       5.      This is an intellectual property action and therefore shall be assigned on a district-wide

13  basis per Civil L.R. 3-2(c).

## III.   THE PARTIES

15       6.      Plaintiff Intel is a Delaware corporation having its principal place of business at 2200

16  Mission College Boulevard, Santa Clara, California.  Intel offers a wide variety of goods and services,

17  which are sold worldwide and throughout the United States, including in the Northern District of

18  California.

19       7.      Upon information and belief, Defendant AutoIntel does business under the registered

20  corporate name of GAAH Inc. and is a California corporation with a principal place of business at

21  13636 Ventura Boulevard, Suite 225, Sherman Oaks, California.  AutoIntel operates a website at

22  www.autointel.com and is a nationwide vehicle sales and leasing and corporate fleet management firm

23  operating under the trade name and service mark AUTOINTEL.  Upon information and belief,

24  AutoIntel has provided services to and continues to target consumers in this district.

25  ///

26  ///

27  ///

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF                                        2

## IV.    INTEL'S BUSINESS AND MARKS

8.    Intel is a world-famous company that develops, manufactures and sells a wide variety of computer, communications and Internet-related products and services. Intel's customers include individual consumers, businesses, schools, and the government.

9.    Intel's technology and services play a role in virtually every industry. Intel frequently provides technology solutions to businesses in the automotive industry. For example, automotive designers use Intel technology for power train control, anti-lock braking/vehicle dynamics control, and in-vehicle networking. Intel technology is also used for automotive casting simulations and for on-line management of the automotive parts procurement and supply chain. It has partnered with companies, such as Harman/Becker, to create in-vehicle infotainment systems. Intel has also worked with car companies, such as Volkswagen, to create open standards for mobile to automobile communications.

10.    Intel has continuously offered and sold products and services since at least as early as 1969 under the company name and trademark INTEL, long prior to AutoIntel's use of its service mark and trade name. For 40 years, Intel has used INTEL as a trade name, trademark and service mark to identify virtually its entire line of products and services. INTEL is one of the most valuable, respected and famous names and trademarks in the world. Indeed, *The Wall Street Journal* has regularly recognized the INTEL mark as one of America's most valuable brand names. From 1995 to 2000, *Fortune* magazine recognized Intel as one of the top ten "Most Admired Corporations in America," an honor Intel has shared alongside such companies as General Electric, Microsoft and Coca-Cola. In 2008, the INTEL brand was ranked seventh in the world in Interbrand's Best Global Brands survey, with an estimated value of $31 billion.

11.    Intel uses INTEL as its "house mark" on or in connection with virtually every product and service it sells. Intel also regularly uses its INTEL house mark in conjunction with hundreds of other terms as the names of particular products or services, and in advertisements that span nearly every type of media. Thus, consumers are accustomed to seeing the INTEL mark combined with other terms to identify products and services that originate from Intel or its licensees. Intel engages in massive international advertising campaigns promoting the INTEL mark, spending many millions of

1  dollars on this effort, and consequently, exposing consumers to billions of commercial impressions of

2  its trademark.  In 2007 alone, Intel sold over $38.3 billion of INTEL branded products and services

3  and, in the last twelve years, Intel has sold over $364 billion of products and services under the INTEL

4  name and mark.

5        12.     Intel is the owner of numerous U.S. trademark registrations for the mark INTEL,

6  including the following:

7          a.   Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772 issued

8  on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection with

9  integrated circuits, registers and semiconductor memories and equipment for the testing and

10  programming thereof.  These registrations, duly and legally issued by the United States Patent and

11  Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the

12  notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  Copies of these

13  registrations are attached hereto as Exhibits A and B.

14          b.   Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1,

15  1972 for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor

16  memories.  This registration, duly and legally issued by the United States Patent and Trademark

17  Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

18  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

19  attached hereto as Exhibit C.

20          c.   Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October

21  14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and

22  microprocessors.  This registration, duly and legally issued by the United States Patent and Trademark

23  Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

24  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

25  attached hereto as Exhibit D.

26          d.   Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on

27  December 26, 1989, for the mark INTEL for use in connection with printed material, namely, technical

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF         4

1  manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

2  technology and semiconductor devices.  This registration, duly and legally issued by the United States

3  Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

4  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy

5  of this registration is attached hereto as Exhibit E.

6          e.  Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on

7  October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, note paper,

8  note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens

9  and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf

10  balls, golf tees and golf ball markers.  This registration, duly and legally issued by the United States

11  Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

12  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy

13  of this registration is attached hereto as Exhibit F.

14          f.  Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on

15  October 20, 1992, for the mark INTEL for use in connection with, among other things, sports bags,

16  gym bags and carry-on bags; towels, and clothing.  This registration, duly and legally issued by the

17  United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

18  U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

19  1111.  A copy of this registration is attached hereto as Exhibit G.

20          g.  Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7,

21  1998, for the mark INTEL for use in connection with, among other things, computer operating system

22  software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed

23  circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia

24  accelerators, video processors, computer hardware and software for the development, maintenance, and

25  use of interactive audio-video computer conference systems, and computer hardware and software for

26  the receipt, display and use of broadcast video, audio and data signals.  This registration, duly and

27  legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF                        5

1   pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant

2   to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit H.

3          h.   Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on

4   October 6, 1998, for the mark INTEL for use in connection with, among other things, printed

5   materials, namely, books, magazines, newsletters, journals, operating manuals, users guides,

6   pamphlets, and brochures about, for use with and directed to users of, computer operating system

7   software; computer operating programs; computer system tools; computer application software;

8   computer hardware; computer components; integrated circuits; microprocessors; computer memory

9   devices; video graphic accelerators; multimedia accelerators; video processors; and fax/modems. This

10   registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

11   subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®,"

12   with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as

13   Exhibit I.

14          i.   Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8,

15   1999, for the mark INTEL for use in connection with clocks, jewelry, cuff links, key chains, necklaces,

16   necktie fasteners, lapel pins, pendants, piggy banks, trophies and watches. This registration, duly and

17   legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable

18   pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant

19   to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit J.

20          j.   Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8,

21   1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars,

22   tablets, note cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders,

23   paperweights, pen and pencil holders, photograph stands, erasers, markers, desk sets, and desk

24   organizers. This registration, duly and legally issued by the United States Patent and Trademark

25   Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

26   registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

27   attached hereto as Exhibit K.

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF                      6

1   k. Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1,

2 1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs,

3 beach bags, duffel bags, fanny packs, and umbrellas.  This registration, duly and legally issued by the

4 United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

5 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

6 1111.  A copy of this registration is attached hereto as Exhibit L.

7   l. Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15,

8 1999, for the mark INTEL for use in connection with T-shirts, shirts, jackets, headwear, hats, polo

9 shirts, and infant rompers.  This registration, duly and legally issued by the United States Patent and

10 Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the

11 notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

12 registration is attached hereto as Exhibit M.

13   m. Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on

14 July 13, 1999, for the mark INTEL for use in connection with toys, dolls, bean bags, and Christmas

15 tree ornaments.  This registration, duly and legally issued by the United States Patent and Trademark

16 Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

17 registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

18 attached hereto as Exhibit N.

19   n. Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on

20 September 7, 1999 for the mark INTEL for use in connection with mugs and sports bottles.  This

21 registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

22 subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®,"

23 with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

24 Exhibit O.

25   o. Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on

26 April 24, 2001, for the mark INTEL for use in connection with, among other things, computers,

27 computer hardware, software for use in operating and maintaining computer systems, microprocessors,

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  integrated circuits, computer chipsets, computer motherboards, computer graphics boards, and

2  computer networking hardware.  This registration, duly and legally issued by the United States Patent

3  and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses

4  the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

5  registration is attached hereto as Exhibit P.

6          p.   Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19,

7  2001, for the mark INTEL for use in connection with, among other things, computer hardware and

8  software for use in imaging and photographic applications.  This registration, duly and legally issued

9  by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

10  U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

11  § 1111.  A copy of this registration is attached hereto as Exhibit Q.

12          q.   Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25,

13  2002, for the mark INTEL for use in connection with, among other things, computer hardware

14  installation and repair services; arranging and conducting educational conferences and seminars in the

15  fields of computers, telecommunications, and computer networking, and distributing course materials

16  in connection therewith; development, publishing and dissemination of educational materials in the

17  fields of computers, telecommunications and computer networking for others; interactive and non-

18  interactive computer education training services; providing information via global computer network

19  in the fields of education and entertainment; provision of interactive and non-interactive electronic

20  information services on a wide variety of topics; development of local and wide area computer

21  networks for others; computer web site design services; computer software design for others;

22  development of interactive and non-interactive web pages for the global computer network for others;

23  providing on-line newspapers, magazines, instructional manuals in the fields of technology,

24  entertainment, education and business; and development, maintenance, and provision of interactive and

25  non-interactive electronic bulletin boards services in the fields of entertainment and education.  This

26  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

27

28

1    subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

2    § 1111.  A copy of this registration is attached hereto as Exhibit R.

3           r.  Intel is the owner of U.S. Trademark Registration No. 2,742,174, issued on July 29,

4    2003, for the mark INTEL for use in connection with, among other things, installation, repair,

5    maintenance, support and consulting services for computer-related and communications-related goods;

6    providing on-line publications, namely, books, brochures, white papers, catalogs and pamphlets in the

7    fields of computer and information technology; and designing and developing standards for others in

8    the design and implementation of computer software, computer hardware and telecommunications

9    equipment.  This registration, duly and legally issued by the United States Patent and Trademark

10   Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant

11   to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit S.

12          s.  Intel is the owner of U.S. Trademark Registration No. 3,029,954, issued on

13   December 13, 2005, for the mark INTEL for use in connection with, among other things,

14   semiconductor and microprocessor cartridges; internet and web servers; internet and web caching

15   servers; wireless and remote computer peripherals; computer hardware and software for enabling web

16   portals; computer hardware and software for digital encryption, identification and certification;

17   computer hardware and software to enable remote encrypted networking; computer hardware and

18   software to enable secure data transmission via networks, the internet and world wide web; and

19   computer consultation services, namely, web design and development services.  This registration, duly

20   and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses

21   the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

22   registration is attached hereto as Exhibit T.

23          t.  Intel is the owner of U.S. Trademark Registration No. 3,136,102, issued on

24   August 29, 2006, for the mark INTEL for use in connection with telecommunication services, namely,

25   electronic and digital transmission of data, documents, audio and video via computer terminals.  This

26   registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

9

1  subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

2  § 1111.  A copy of this registration is attached hereto as Exhibit U.

3          u.  Intel is the owner of U.S. Trademark Registration No. 3,173,391, issued on

4  November 21, 2006, for the mark INTEL for use in connection with telecommunications consulting

5  services.  This registration, duly and legally issued by the United States Patent and Trademark Office,

6  is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15

7  U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit V.

8        13.  In addition to using INTEL as a trade name, a trademark, and a service mark, Intel also

9  owns a large family of marks that incorporate INTEL as a prominent component of the mark.  For

10  example, in 1991, Intel developed and launched a cooperative advertising and licensing program

11  referred to as the "Intel Inside® Program."  As part of this program, Intel adopted and began to use the

12  trademarks INTEL INSIDE and INTEL INSIDE & SWIRL Logo (collectively referred to as the

13  "INTEL INSIDE Marks") and licensed those marks to OEMs ("Original Equipment Manufacturers")

14  to communicate to the end consumer that the manufacturers' products, such as personal desktop

15  computers, laptop computers and workstations, were designed with genuine Intel microprocessors.

16  The INTEL INSIDE mark became a badge of innovation and quality – hallmarks of Intel – to allow

17  consumers to distinguish between products.

18        14.  Among Intel's many thousands of OEM licensees worldwide are giants of the computer

19  industry such as Dell, Gateway, Hewlett-Packard, IBM, and Sony.  It is estimated that Intel's OEM

20  licensees sold many billions of dollars worth of computer products bearing the INTEL INSIDE Marks.

21  The combined advertising expenditure by Intel and Intel's licensees under the INTEL INSIDE Marks

22  has averaged over one billion dollars for each of the last few years.  Through extensive advertising and

23  promotion by Intel and its licensees, advertisements reflecting the INTEL and INTEL INSIDE Marks

24  have most likely created billions of impressions upon the general consuming public.

25        15.  Intel is the owner of numerous U.S. trademark registrations for the INTEL INSIDE

26  Marks, including Reg. No. 1,705,796 and Reg. No. 2,179,209.  Copies of these registrations are

27  attached hereto as Exhibits W and X.

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1    16.    Intel owns many other U.S. trademark registrations for its family of INTEL formative

2  marks. These include:  INTEL SPEEDSTEP, INTEL NETBURST, INTEL VIIV, and INTEL CORE.

3  Copies of these registrations are attached hereto as Exhibits Y through BB.

4    17.    Intel is also the owner of several California trademark registrations for the mark INTEL

5  (CA Reg. No. 63565; CA Reg. No. 94220; CA Reg. No. 94221).  Copies of these registrations are

6  attached hereto as Exhibits CC through EE.

7    18.    Through decades of extensive use and promotion, Intel also owns common law

8  trademark rights in INTEL and its family of INTEL formative marks, for all of the goods and services

9  and activities identified herein.

10    19.    Intel maintains an Internet site on the World Wide Web at the address

11  http://www.intel.com.  Intel's web site features the INTEL marks and many other INTEL composite

12  marks.

13    20.    As a result of the extensive sales, advertising, promotion, and use of the INTEL and

14  family of INTEL trademarks, Intel has developed enormous recognition for its INTEL branded

15  products and services, and enjoys an immensely valuable reputation and tremendous goodwill under

16  the mark.  The INTEL mark is world renowned, and is a "famous" mark for purposes of 15 U.S.C.

17  § 1125(c)(1).

18  **V.    AUTOINTEL'S BUSINESS AND ITS VIOLATIONS OF INTEL'S RIGHTS**

19    21.    Intel is informed and believes that AutoIntel offers nationwide vehicle sales and leasing

20  and corporate fleet management services to customers across the United States, including throughout

21  the State of California, and maintains a website at http://www.autointel.com.  AutoIntel offers these

22  services under the AUTOINTEL mark and trade name in California and throughout the United States.

23    22.    AutoIntel uses the name and mark "AutoIntel" in marketing, often separating the

24  AUTO and INTEL elements by capitalizing the letter "A" in Auto and "I" in Intel, and also by using

25  contrasting colors.  In so doing, AutoIntel accentuates the world-famous and distinctive INTEL portion

26  of the mark.  The AUTOINTEL mark has as its prefix the generic term "auto," which is descriptive of

27  AutoIntel's services; thus, the INTEL element is the only distinctive portion of the mark.

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF                                                          11

23.     Intel is informed and believes that AutoIntel is the owner of United States federal trademark registration for AI AUTOINTEL DRIVEN BY INTELLIGENCE & Design (Reg. No. 3070278) ("AUTOINTEL & Design Mark").  AutoIntel applied for the AUTOINTEL & Design Mark on August 18, 2004, well after Intel's INTEL mark and family of INTEL composite marks became famous and world-renown.

24.     Given the strong similarities between the INTEL and AUTOINTEL names and marks, the use of Intel's technology solutions in the automotive industry, and the strength and fame of Intel's marks, AutoIntel's customers are likely to be confused as to the source and nature of AutoIntel's services, or are likely to believe that AutoIntel is somehow affiliated or sponsored or endorsed by Intel, when in fact no such affiliation, association, sponsorship, or endorsement exists.

25.     Despite Intel's numerous attempts to resolve the dispute amicably, AutoIntel has persisted in using the AUTOINTEL trade name and service mark, leaving Intel no choice but to file this Complaint.

## FIRST CAUSE OF ACTION
## TRADEMARK INFRINGEMENT
## (15 U.S.C. § 1114)

26.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 25 of this Complaint.

27.     Upon information and belief, AutoIntel was aware of Intel's business and its INTEL mark prior to the adoption and use of the AUTOINTEL trade name and service mark.

28.     AutoIntel either had actual notice and knowledge, or had constructive notice, of Intel's ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to AutoIntel's adoption and use of the AUTOINTEL trade name and service mark.

29.     Upon information and belief, AutoIntel without Intel's consent deliberately adopted the AutoIntel trade name and service mark in connection with the sale of its services in an attempt to trade on the enormous goodwill, reputation, and selling power established by Intel under the INTEL mark

30.     AutoIntel's unauthorized use of the AUTOINTEL trade name and service mark falsely indicates to consumers that AutoIntel's services are in some manner connected with, sponsored by, affiliated with, or related to Intel, Intel's licensees, or the goods and services of Intel and Intel's licensees.

31.     AutoIntel's unauthorized use of the AUTOINTEL trade name and service mark is also likely to cause consumers to be confused as to the source and nature of the services AutoIntel is promoting or selling.

32.     AutoIntel's unauthorized use of the AUTOINTEL trade name and service mark in connection with its services allows, and will continue to allow, AutoIntel to receive the benefit of the goodwill established at great labor and expense by Intel and to gain acceptance of AutoIntel's services, not based on the merits of those goods or services, but on Intel's reputation and goodwill which are instantly recognizable..

33.     AutoIntel is likely to cause confusion, or to cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

34.     Intel has been, is now, and will be irreparably injured and damaged by AutoIntel's trademark infringement, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

**SECOND CAUSE OF ACTION**
**FALSE DESIGNATION OF ORIGIN**
**(15 U.S.C. § 1125(A))**

35.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 34 of this Complaint.

36.     AutoIntel's unauthorized use of the AUTOINTEL trade name and service mark falsely suggests that its services are connected with, sponsored by, affiliated with, or related to Intel, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

1    37.    Intel has been, is now, and will be irreparably injured and damaged by AutoIntel's

2 aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name,

3 reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at

4 law.

5

**THIRD CAUSE OF ACTION**
6 **FEDERAL TRADEMARK DILUTION**
**(15 U.S.C. § 1125(C))**
7

8    38.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

9 1 through 37 of this Complaint.

10    39.    The INTEL mark is world-renowned. It is a famous mark that is widely recognized by

11 consumers, businesses and industry, and that identifies the products and services of Intel in the minds

12 of consumers.

13    40.    AutoIntel's unauthorized use of the AUTOINTEL trade name and service mark began

14 after Intel's mark had become famous.

15    41.    AutoIntel's unauthorized use of the AUTOINTEL trade name and service mark has, and

16 will continue to have, an adverse effect upon the value and distinctive quality of the INTEL mark.

17 AutoIntel's acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL

18 mark. AutoIntel's acts have diluted and are likely to continue diluting the famous INTEL mark in

19 violation of 15 U.S.C. § 1125(c).

20    42.    Intel has been, is now, and will be irreparably injured and damaged by AutoIntel's

21 aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name,

22 reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at

23 law.

24 ///

25 ///

26 ///

27 ///

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF        14

## FOURTH CAUSE OF ACTION
### INJURY TO BUSINESS REPUTATION AND
### DILUTION UNDER CALIFORNIA LAW
### (CAL. BUS. & PROF. CODE §14247)

43.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 42 of this Complaint.

44.     AutoIntel's unauthorized use of the AUTOINTEL trade name and service mark is likely to injure Intel's business reputation, and has diluted, and/or is likely to dilute, the distinctive quality of the INTEL mark and trade name in violation of the California Business and Professions Code §14247.

45.     AutoIntel willfully intended to trade on Intel's image and reputation and to dilute the INTEL trademark, acted with reason to know, or was willfully blind as to the consequences of its actions.

46.     AutoIntel's wrongful acts have caused and will continue to cause Intel irreparable harm. Intel has no adequate remedy at law for AutoIntel's dilution.

47.     Intel is therefore entitled to a judgment enjoining and restraining AutoIntel from engaging in further acts of dilution pursuant to California Business and Professions Code § 14247.

## FIFTH CAUSE OF ACTION
### INFRINGEMENT UNDER CALIFORNIA LAW
### (CAL. BUS. & PROF. CODE § 14245)

48.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 47 of this Complaint.

49.     AutoIntel's unauthorized use of the AUTOINTEL trade name and service mark in connection with the sale, offering for sale, distribution or advertising of its products and services is likely to cause confusion or mistake or to deceive as to the source or origin of its goods and/or services in violation of California Business and Professions Code § 14245.

50.     Upon information and belief, AutoIntel's infringement has been with knowledge of Intel's rights.

1    51.    Intel has been, is now, and will be irreparably injured and damaged by AutoIntel's

2  aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name,

3  reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at

4  law.

**SIXTH CAUSE OF ACTION
COMMON LAW PASSING OFF
AND UNFAIR COMPETITION**

5

6

7
8    52.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

9  1 through 51 of this Complaint.

10    53.    AutoIntel's unauthorized use of the AutoIntel trade name and service mark constitutes

11  passing off and unfair competition of the INTEL mark in violation of the common law of California.

12    54.    AutoIntel's wrongful acts have caused and will continue to cause Intel irreparable harm.

13  Intel has no adequate remedy at law.

14    55.    Intel is entitled to a judgment enjoining and restraining AutoIntel from engaging in

15  further acts of infringement and unfair competition.

**SEVENTH CAUSE OF ACTION
UNFAIR COMPETITION
(CAL. BUS & PROF. CODE § 17200)**

16

17

18
19    56.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1

20  through 55 of this Complaint.

21    57.    AutoIntel's acts described above constitute unfair competition in violation of California

22  Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

23    58.    AutoIntel's acts of unfair competition have caused and will continue to cause Intel

24  irreparable harm.  Intel has no adequate remedy at law for AutoIntel's unfair competition.

25    59.    Intel is entitled to a judgment enjoining and restraining AutoIntel from engaging in

26  further unfair competition.

27  ///

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF                                    16

**EIGHTH CAUSE OF ACTION**
**CANCELLATION OF REGISTRATION**
**(15 U.S.C. §1119)**

60.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 59 of this Complaint.

61.     AutoIntel's use and ownership of the federal registration for the AUTOINTEL & Design Mark is likely to cause confusion, or to cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114, and have diluted and are likely to continue diluting the famous INTEL mark in violation of 15 U.S.C. § 1125(c).

62.     Unless the Court orders cancellation of the United States federal trademark registration for AUTOINTEL & Design Mark (Reg. No. 3070278) pursuant to 15 U.S.C. § 1119, Intel will continue to suffer further injury and damage to its rights.

**PRAYER FOR RELIEF**

WHEREFORE, Intel prays for relief as follows:

1.     Entry of an order and judgment requiring that AutoIntel and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, be enjoined and restrained from (a) using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, any trade name, trademark, and service mark incorporating the term "AUTOINTEL;" (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between AutoIntel and Intel; and (c) committing any acts which will blur or dilute, or likely to blur or dilute the distinctive quality of the famous INTEL mark;

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF                                    17

1    2.    A judgment ordering AutoIntel, pursuant to 15 U.S.C. § 1116(a), to file with this Court

2   and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath

3   setting forth in detail the manner and form in which AutoIntel has complied with the injunction, ceased

4   all sales of goods and services under the AUTOINTEL trade name and trademark as set forth above;

5    3.    A judgment ordering AutoIntel, pursuant to 15 U.S.C. § 1118, to deliver up for

6   destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing

7   matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs,

8   circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids,

9   receptacles or other matter in the possession, custody, or under the control of AutoIntel or its agents

10  bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable

11  imitation of this mark, including without limitation the AUTOINTEL trade name and trademark, both

12  alone and in combination with other words or terms;

13   4.    A judgment ordering AutoIntel to take all steps necessary to cancel the domain name

14  www.autointel.com and to remove all references to the AUTOINTEL trade name and service mark

15  from all of its other websites, if any;

16   5.    A judgment exercising this Court's power pursuant to 15 U.S.C. § 1119 ordering the

17  Commissioner of Patents and Trademarks to cancel the registration of AutoIntel's U.S. Trademark

18  Registration No. 3070278.

19   6.    A judgment in the amount of Intel's actual damages, AutoIntel's profits, Intel's

20  reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117;

21   7.    A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under

22  state law as appropriate;

23  ///

24  ///

25  ///

26  ///

27  ///

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF                                            18

1

2       8.      A judgment granting Intel such other and further relief as the Court deems just and

3   proper.

4   Dated:  October _3_, 2008

5                                                      Respectfully submitted,

6                                                      HOWREY LLP

7

8                                                      By: _____

9                                                            Robert N. Phillips
                                                            Attorneys for Plaintiff
10                                                           INTEL CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JURY DEMAND**

Intel hereby requests a trial by jury.

Dated: October *3*, 2008

Respectfully submitted,

HOWREY LLP

By: _____
Robert N. Phillips
Attorneys for Plaintiff
INTEL CORPORATION

1

### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

3

parties, there is no such interest to report.

4

Dated: October 3, 2008

5

Respectfully submitted,

6

HOWREY LLP

7

8

By: _____

9

Robert N. Phillips
Attorneys for Plaintiff
INTEL CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28