Hovanes Margarian, Esq. (CA State Bar No. 246359)
THE LAW OFFICES OF HOVANES MARGARIAN
13425 Ventura Blvd., Suite 303
Sherman Oaks, California 91423
Telephone Number:    (818) 397-9624
Facsimile Number:    (818) 990-1418

Attorney for Defendant
GAAH INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>         Plaintiffs,<br><br>vs.<br><br>GAAH INC., a California Corporation,<br><br>         Defendant. | Case No.:  CV 08 4608<br>  ORDER<br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT WITH MOTION TO TRANSFER VENUE IN LIEU OF FILING ANSWER**<br><br>Judge:     Hon. Joseph C. Spero<br>Court:     "A"<br><br>Complaint Filed:   October 3, 2008 |

WHEREFORE, Defendant GAAH INC. agreed to accept service of the summons and complaint by regular mail sent on October 7, 2008.

WHEREFORE, in lieu of filing an answer, Defendant GAAH INC. intends to file as its response to the complaint a motion to transfer venue, and notice such motion for hearing on December 12, 2008.

IT IS HEREBY STIPULATED by and between Plaintiff INTEL CORPORATION and Defendant GAAH INC. and through their respective counsel of record, that Defendant shall have up to

---

STIPULATION EXTENDING DEF'S TIME TO RESPOND TO COMPLAINT
WITH MOTION TO TRANSFER VENUE IN LIEU OF FILING ANSWER
DM_US:21562014_1

1 | and including November 21, 2008 to file and serve its response to the complaint.

2

3 | Dated: October 29, 2008 THE LAW OFFICES OF HOVANES MARGARIAN

4

5 | By */s/ Hovanes Margarian*
Hovanes Margarian, Esq.
Attorney for Defendant
GAAH INC.

6

7

8 | Dated: October 29, 2008 HOWREY LLP

9 | By */s/ Robert N. Phillips*
Robert N. Phillips
Yuka Sugar
Attorneys for Plaintiff
INTEL CORPORATION

10

11

12–18

19 | Dated: October 31, 2008

20

IT IS SO ORDERED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21–28

-2-

STIPULATION EXTENDING DEF'S TIME TO RESPOND TO COMPLAINT
WITH MOTION TO TRANSFER VENUE IN LIEU OF FILING ANSWER
DM_US:21562014_1