# THE LAW OFFICES OF
# HOVANES MARGARIAN

13425 Ventura Blvd., Suite 303 | Sherman Oaks, CA 91423
Main 818.397.9624 | Fax 818.990.1418

January 6, 2009

United States District Court
San Francisco Branch
Honorable Joseph C. Spero, Coourtroom A
450 Golden Gate Avenue
San Francisco, CA 94102

*Re:*   *Intel Corporation, et al. v. GAAH Inc., et al.*
*Case No:*   *CV 08-04608 JCS*

To the Honorable Court:

    Counsel for Defendant, GAAH, Inc. respectfully requests to appear by CourtCall at the Case Management Conference scheduled for January 9, 2009 at 1:30 p.m. in Courtroom A (CourtCall confirmation attached).

    Defendant has already filed a motion for a change of venue, which thoroughly delineates the extreme burden imposed on the Defendant by having to defend this matter in the Northern District of California. I, Hovanes Margarian, am representing Defendant GAAH, Inc. for all intensive purposes in pro per in light of the fact that I hold an ownership interest in GAAH, Inc. It would impose a severe financial burden on GAAH, Inc. to compensate me for my time, legal and travel expenses if I were to appear in person. I am personally bearing all of the defense expenses in this matter due to my interest in GAAH, Inc. and due to my strong belief that Plaintiff's allegations are borderline frivolous.

    For the aforementioned reasons, I respectfully request that the Honorable Court grants permission for a telephonic appearance until the venue change motion is heard.

    Thank you for your attention to this matter.

Very truly yours,

Dated: Jan. 6, 2009

Hovanes Margarian
Attorney At Law

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

# Court Conference, a division of CourtCall
## Confirmation and Invoice (No separate statement will be sent)

**Attorney Name:** Hovanes Margarian
**Firm Name:** Law Offices of Hovanes Margarian

**Attorney Phone:** 818-397-9624       **Attorney Fax:** 818-990-1418
**Appearance Date:** Friday, January 9th, 2009       **Appearance Time:** 1:30 PM
**Judge Name:** Magistrate Judge Joseph C.       **Court Conference ID#:** 2583890
**Case Number:** CV0804608JCS       **Proceeding Type:** Hearing
**Case Name:** Intel vs. GAAH Inc.

**Customer Ref. #:**

Following are the procedures for your telephonic appearance.

1. Please take a moment to review this Confirmation. For any changes that need to be made, or if you have not received a Confirmation for each reservation made, please contact us at 1-866-58-COURT or 1-310-743-1886.
2. **YOU MUST DIAL IN TO THE CALL AT LEAST TEN (10) MINUTES PRIOR TO THE HEARING BY DIALING (800) 447-3470. DO NOT BE LATE! IF YOU HAVE ANY DIFFICULTY DIALING INTO THE CALL, CALL US AT 1-866-58-COURT OR 1-310-743-1886.**
3. To ensure the quality of the call, no speaker or cellular phones, headsets or public phones may be used. Counsel must be on the handset of the telephone during the appearance.
4. Once you have joined the call, you must not place the call on hold or have anyone else hold the line for you.
5. Unless you have been designated to speak, you will be placed in a "listen only" mode. You will be able to hear the courtroom without being heard.
6. Once your case is called, a coordinator will place you in an "open conference" mode if you are not designated as "listen only".
7. **On every occasion before speaking, you must identify yourself to the Court.**
8. Once your case has been heard and concluded by the Judge, please disengage from the call by hanging up the phone.
9. If you have multiple appearances during one calendar you will be charged the appearance fee for each separate matter except if the Judge hears your cases consecutively, in which case you will be charged one fee for all consecutive appearances, subject to the time increments set out below.

YOUR INITIAL CHARGE FOR THIS COURT CONFERENCE APPEARANCE IS $25.00 AND WILL BE SUPPLEMENTED BASED ON THE LENGTH OF THE CALL AS FOLLOWS: 0-45 MINUTES - $25.00, 46-60 MINUTES - $31.50, 61 MINUTES AND ABOVE, AN ADDITIONAL $6.50 PER EACH ADDITIONAL 15 MINUTE INCREMENT. **NO SEPARATE STATEMENT WILL BE SENT.** IF YOU HAVE AN ACCOUNT WITH US (OR IF YOU PAID BY CREDIT CARD), YOUR ACCOUNT/CARD WILL BE CHARGED. OTHERWISE, PLEASE MAIL YOUR CHECK AND A COPY OF THIS CONFIRMATION/INVOICE TO: COURT CONFERENCE, 6383 ARIZONA CIRCLE, LOS ANGELES, CA 90045.

OUR TAX ID# IS: 95-4568415

Robert Orozco