```
 1  Robert N. Phillips (SBN 120970)
    Anne M. Ortel (SBN 212044)
 2  Yuka Sugar (SBN 209997)
    HOWREY LLP
 3  525 Market Street, Suite 3600
    San Francisco, California 94105
 4  Telephone:    (415) 848-4900
    Facsimile:    (415) 848-4999
 5
    Attorneys for Plaintiff
 6  INTEL CORPORATION

 7  Hovanes Margarian (SBN 246359)
    LAW OFFICES OF HOVANES MARGARIAN
 8  13425 Ventura Blvd., Suite 303
    Sherman Oaks, California 91423
 9  Telephone:    (818) 397-9624
    Facsimile:    (818) 990-1418
10
    Attorneys for Defendant
11  GAAH, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INTEL CORPORATION, a Delaware corporation, | Case No. CV 08-04608 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT GAAH, INC.'S MOTION TO TRANSFER VENUE** |
| vs. | |
| GAAH INC. a California corporation, | |
| Defendant. | |

Pursuant to the Court's request, Plaintiff INTEL CORPORATION and Defendant GAAH, INC. (collectively the "Parties") hereby agree to continue the hearing date of Defendant Gaah, Inc.'s Motion to Transfer Venue to February 6, 2009, at 9:30 a.m., in Courtroom "A" of the above-entitled court.

It is also stipulated by and through the Parties that Defendant Gaah, Inc.'s reply brief will be due on January 23, 2009.

///

///

| | | |
|---|---|---|
| 1 | Dated: January 13, 2009 | HOWREY LLP |
| | | |
| | | By: /s/ *Robert N Phillips* |
| | | Robert N. Phillips |
| | | Attorneys for Plaintiff |
| | | INTEL CORPORATION |
| | | |
| | Dated: January 13, 2009 | LAW OFFICES OF HOVANES MARGARIAN |
| | | |
| | | By: /s/ *Hovanes Margarian* |
| | | Hovanes Margarian |
| | | Attorneys for Defendant |
| | | GAAH, INC. |

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing on Defendant Gaah, Inc.'s Motion to Transfer Venue shall be continued to February 6, 2009, at 9:30 a.m., in Courtroom A, and Defendant's reply brief shall be due on January 23, 2009.

IT IS SO ORDERED.

Dated: January 14, 2009

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP & [PROPOSED] ORDER TO CONTINUE HRG ON DEF'S MOT TO TRANSFER VENUE    -2-    Case No. CV 08-4608 JCS

DM_US:21783521_1