## THE LAW OFFICES OF
# HOVANES MARGARIAN

13425 Ventura Blvd., Suite 303 | Sherman Oaks, CA 91423
Main 818.397.9624 | Fax 818.990.1418

January 15, 2009

United States District Court
San Francisco Branch
Honorable Joseph C. Spero, Coourtroom A
450 Golden Gate Avenue
San Francisco, CA 94102

*Re:*          *Intel Corporation, et al. v. GAAH Inc., et al.*
*Case No:*    *CV 08-04608 JCS*

To the Honorable Court:

    Counsel for Defendant, GAAH, Inc. respectfully requests to appear telephonically at the hearing on Defendant GAAH, Inc.'s motion to transfer venue continued to be heard on February 6, 2009 at 9:30 a.m. in Courtroom A.

    Defendant has filed a motion for a change of venue, which thoroughly delineates the extreme burden imposed on the Defendant by having to defend this matter in the Northern District of California. I, Hovanes Margarian, am representing Defendant GAAH, Inc. for all intensive purposes in pro per in light of the fact that I hold an ownership interest in GAAH, Inc. It would impose a severe financial burden on GAAH, Inc. to compensate me for my time, legal and travel expenses if I were to appear in person. I am personally bearing all of the defense expenses in this matter due to my interest in GAAH, Inc. and due to my strong belief that Plaintiff's allegations are borderline frivolous.

    For the aforementioned reasons, I respectfully request that the Honorable Court grants permission for a telephonic appearance until the venue change motion is heard.

    Thank you for your attention to this matter.

Dated: Jan. 15, 2009

Very truly yours,

Hovanes Margarian
Attorney At Law

IT IS SO ORDERED
Judge Joseph C. Spero