| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | Anne M. Ortel (SBN 212044) |
| 2 | Yuka Sugar (SBN 209997) |
| | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 848-4900 |
| | Facsimile: (415) 848-4999 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | INTEL CORPORATION |
| 7 | Hovanes Margarian (SBN 246359) |
| | LAW OFFICES OF HOVANES MARGARIAN |
| 8 | 13425 Ventura Blvd., Suite 303 |
| | Sherman Oaks, California 91423 |
| 9 | Telephone: (818) 397-9624 |
| | Facsimile: (818) 990-1418 |
| 10 | |
| | Attorneys for Defendant |
| 11 | GAAH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation, | Case No. CV 08-04608 JCS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER WITHDRAWING WITHOUT PREJUDICE DEFENDANT GAAH, INC.'S MOTION TO TRANSFER VENUE** |
| vs. | |
| GAAH INC. a California corporation, | |
| Defendant. | |

Plaintiff INTEL CORPORATION and Defendant GAAH, INC. (collectively the "Parties") are in the process of finalizing a settlement agreement, and hereby agree to withdraw, without prejudice to renewing at a later date if necessary, Defendant Gaah, Inc.'s Motion to Transfer Venue currently set for hearing on February 6, 2009, at 9:30 a.m., in Courtroom "A" of the above-entitled court.

STIP & [PROPOSED] ORDER TO WITHDRAW
DEF'S MOT TO TRANSFER VENUE         -1-
Case No. CV 08-04608 JCS

| | | |
|---|---|---|
| 1 | Dated: February 4, 2009 | HOWREY LLP |
| | | By: /s/ Robert N Phillips |
| | |       Robert N. Phillips |
| | | Attorneys for Plaintiff |
| | | INTEL CORPORATION |
| | Dated: February 4, 2009 | LAW OFFICES OF HOVANES MARGARIAN |
| | | By: /s/ Hovanes Margarian |
| | |       Hovanes Margarian |
| | | Attorneys for Defendant |
| | | GAAH, INC. |

**ATTESTATION AS TO CONCURRENCE**

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

          /s/ Robert N Phillips
          Robert N. Phillips

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendant Gaah, Inc.'s Motion to Transfer Venue is withdrawn without prejudice to being renewed at a later date if necessary.

Dated: __February 5, 2009_____      _____
                                              Magistrate Judge Joseph C. Spero

STIP & [PROPOSED] ORDER TO WITHDRAW     -2-
DEF'S MOT TO TRANSFER VENUE
Case No. CV 08-04608 JCS